# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

MARIA SOTO,

               Plaintiff,

     v.

CAPITAL ONE BANK (USA), N.A.,

              Defendant.

Case No.: 1:19-CV-07903-RWG-MV

**NOTICE OF SETTLEMENT**

     NOTICE IS HEREBY GIVEN that Plaintiff Maria Soto ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

Respectfully submitted this 28th day of February 2020.

PRICE LAW GROUP, APC

By: */s/ David A. Chami*
David A. Chami, (AZ #027585)
**Price Law Group, APC**
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com

Youssef H. Hammoud (CA #321934)
**Price Law Group, APC**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Syed H. Hussain, (IL #6331378)
**Price Law Group, APC**
440 N. McClurg Ct., #803
Chicago, Illinois 60611
T: (954) 225-4934
F: (818) 600-5415
E: syed@pricelawgroup.com

*Attorneys for Plaintiff,*
*Maria Soto*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*