**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Maria Soto
                              Plaintiff,
v.                                              Case No.: 1:19–cv–07903
                                                Honorable Robert W. Gettleman
Capital One Bank (U.S.A), N.A.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2020:

  MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to the parties' Notice of Settlement [19] this case is dismissed without prejudice, with leave to reinstate by 4/14/2020. If a motion to reinstate is not filed prior to 4/14/2020, the dismissal will automatically convert to a dismissal with prejudice without further action by the court. Status hearing set for 3/4/2020 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.